UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

UNITED STATES OF AMERICA,          :

                                  :  Case No. 1:26-cr-00031- MAD

                 Plaintiff,     :

v.          :  **DECLARATION OF ROBERT C.**

                                  :  **GOTTLIEB, ESQ. IN SUPPORT**

ROBERT SACCO,          :  **MOTION FOR BAIL**

                                  :

                 Defendant.     :

                                  :

------------------------------------------------------------- x

ROBERT C. GOTTLIEB, an attorney duly admitted to practice law in the State of New York and the Northern District of New York, hereby affirms under penalties of perjury as follows:

1.        I am managing partner at the law firm GOTTLIEB TOWNSEND, the attorneys for the defendant, Robert Sacco, and as such I am fully familiar with the facts and circumstances of this case.

2.        I submit this Declaration, and the other documents attached to the moving papers in support of Mr. Sacco's Motion for Pretrial Release.

3.        Attached hereto as *Exhibit A* is January 24, 2026, Eastern District of New York Arraignment Transcript.

4.        Attached hereto as *Exhibit B* is the March 20, 2026 Eric Goldsmith, M.D. Letter.

5.        Attached hereto as *Exhibit C* is the 2014 Aviator Hockey Club Photo.

6.        Attached hereto as *Exhibit D* is a copy of the Love for Luis Flyer.

7.        Attached hereto as *Exhibit E* is a copy of the F Troop Hockey Club Facebook Posts.

8.        Attached hereto as *Exhibit F* is a copy of the F Troop Hockey Club Charity Fundraiser Flyer.

9.        Attached hereto as *Exhibit G* is a copy of the January 9, 2024 NCPD Hockey Instagram Photo.

1

10.    Attached hereto as *Exhibit H* is a Photo from the New York Islanders Event.

11.    Attached hereto as *Exhibit I* is a copy of the November 18, 2020 Facebook Post re: Movember Fundraiser.

12.    Attached hereto as *Exhibit J* is a copy of the August 11, 2019 Facebook Post re Brooklyn Friend.

13.    Attached hereto as *Exhibit K* is a copy of the Pucks for A Purpose Resnick Benefit Game Flyer.

14.    Attached hereto as *Exhibit L* is a copy of the February 1, 2026 Letter from Justine Khor.

15.    Attached hereto as *Exhibit M* is a copy of the March 18, 2026, Letter from Pilar Sacco.

16.    Attached hereto as *Exhibit N* is a copy of the January 29, 2026 Letter from Anna Ronda.

17.    Attached hereto as *Exhibit O* is a copy of the March 11, 2026 Letter from Cheryl Hastings.

18.    Attached hereto as *Exhibit P* is a copy of the March 3, 2026 Letter from Dylan Fawcett.

19.    Attached hereto as *Exhibit Q* is a copy of the February 9, 2026 Letter from John D. Sacco.

20.    Attached hereto as *Exhibit R* is a copy of the March 10, 2026 Divina O. Sacco Letter.

21.    Attached hereto as *Exhibit S* are copies of the remaining character letters submitted on behalf of Mr. Sacco.

22.     The relevant legal arguments are set forth in the attached Memorandum of Law.

23.     Based on the arguments submitted in the attached Memorandum of Law, we respectfully request this Court grant the defendant's motion for pretrial release under the terms and conditions as set forth herein, and for such other and further relief as may be just and proper.

Dated: New York, New York
       March 26, 2026

/s/ Robert Gottlieb_____
Robert C. Gottlieb, Esq.