# EXHIBIT D



# JOIN Team Luis

## BATTLE OF THE BADGES
### NCSD COBA
### VS
### NCPD 4th Precinct F-Troop

In August 2017, Luis Mendez was diagnosed with DIPG, an inoperable brain tumor. This devastating news for anyone but being only 4-years-old this news was even more devastating to his family.

Over the next days, weeks, and months ahead there will be countless doctor appointments, hospital stays and treatments. As you can imagine the normal costs of everyday living such as mortgage, food, gas, car, and medical costs can be astronomical.

This fundraiser will help to ease the burden on his parents, Lou and Karla. This will enable Luis' parents to be able to concentrate on him, to help make some of his dreams and wishes to come true, and to help with the medical expenses.

Let's all help to make sure that Luis gets to experience everything that he would like to while he is here with us.

*Benefiting*

**"Lionheart Lou"**
*with his battle against D.I.P.G.*

**MAY 12, 2018**

**5:30 - 7:30pm**
*(Doors Open at 5pm)*

**LOCATION** — TWIN RINK
Eisenhower Park
East Meadow, NY 11554

**COST** — $20.00 PER TICKET
GENERAL ADMISSION