# EXHIBIT E






1:35

 

< **F Troop Hockey Club**     •••     🔍

**All**     Photos     Reels     Mentions

 **F Troop Hockey Club**     •••
Feb 27, 2022 · 🌐

Some great shots from the game last night!









+24

1:35

< **F Troop Hockey Club**    •••  Q

**All**    Photos    Reels    Mentions

 **F Troop Hockey Club**    •••
Jun 10, 2022 · 🌐

Solid start to the tournament! 9-2 win over Haverhill FD. Next game at 3pm!


Jun 10, 2022 · 🌐

1st game. 9-2 winners ! Next game at 3. Great start to the weekend ! Loving Boston. Great weather, great facility, great time

 

  

1:34    64

< **F Troop Hockey Club**    ···   Q

**All**    Photos    Reels    Mentions

Jun 13, 2023 · 🌐

The boys battled hard this weekend! This marks our 4th trip to the Heroes Cup Tournament. We want to thank all of our fans for your continued support throughout the weekend. Special thanks to ████████████ from ████████████ our team sponsor. ████████████ from ████████████ for the team beers for the weekend. ████████████ from ████████████ keeping us hydrated all weekend long.

.

.

.

The club continues to compete in the Hot Shots Hockey League on Long Island this week and aims to win the semi-final game Tuesday in hopes to rally for another league championship!

.

.

.

We look forward to seeing you all at the rink!!

1:34

< **F Troop Hockey Club**   ···   Q

**All**   Photos   Reels   Mentions

 **F Troop Hockey Club**
Jun 20, 2023 · 🌐

The 2022-2023 season has officially come to an end. The boys had battled all season long, including our 4th trip up to Marlborough for the annual Heroes Cup Tournament. We would like to invite everyone to come hangout as we celebrate another great season on 7/6! Hope to see you all down there!



F Troop Hockey Club

*Season End Party*
*Lithology Brewing Co.*
*211a Main St. Farmingdale*
*July 6, 2023*



⟨  **Robert John**                    •••   🔍

**All**      Photos      Reels


May 11, 2022 · 🌐

  + 6 others.
May 11, 2022 · 👥

Come out for a good time!  Help support Beyond
The Badge NY

 

  

**Beyond the Badge NY
&
F Troop Hockey Club
Heroes Cup Tournament
Fundraiser**

**Lilly's of Long Beach
May 12, 2022
$60 Open Bar**

1:35

< **F Troop Hockey Club**    •••    Q

**All**    Photos    Reels    Mentions

 Apr 13, 2022 · 🌐

The F Troop Hockey Club will be hosting a fundraiser on 5/12. The team will be competing in the annual BFit Heroes Cup Hockey Tournament which brings together over 100 first responder teams from all over the country who will be playing to raise money for charity. This year the team will be playing to benefit Beyond the Badge NY, an organization whose mission is to reduce the growing epidemic of law enforement suicides and break the stigma surrounding officers coming forward for mental health treatment. Come down to Lilly's of Long Beach at 7pm where the band Tuned Up will be performing live!! Hope to see you there!!



1:36 ⬈

📶 🛜 64



‹  **F Troop Hockey Club**           •••  🔍

**All**      Photos      Reels      Mentions

F Troop Hockey Club                    •••
Dec 5, 2019 · 🌐

We are proud to announce that we will be competing in the annual Heroes Cup Tournament in Marlborough, MA the weekend of 4/24/2020.

Tournament info, game schedules and scores can be found on the tournament home page:



heroescuphockey.com
**Home | Heroes Cup Hockey**