# EXHIBIT G



Posts
ncpdhockey

Follow

the amazing work.

January 9, 2024

 ncpdhockey



Liked by **hwyjds** and **others**

**ncpdhockey** Thank you @g2hfoundation for allowing us to take part in your special day! It was an honor to share the ice in memory of Gerrin.