# EXHIBIT J

 **Robert John**
Aug 11, 2019 ·

To all my Brooklyn friends, please keep an eye out, ███
is a good friend of mine

 in **Marine Park.**
Aug 11, 2019 · 🌐

This Is ███ She is very close friend and huge
inspiration to me and my family. ███ has cerebral
palsy, and it's an extreme challenge a... See more