# EXHIBIT L

February 1, 2026

RE: Robert John Sacco

Dear Honorable Judge,

I am writing this letter as a character reference for Robert John Sacco, whom I have known for approximately seventeen years. I first met him while attending college, where he was dating my roommate, whom he later married. Over the years, I have come to know him not only as a friend, but as a person of consistent character, integrity, and kindness.

Robert has always been soft spoken, respectful, and genuinely kind. He naturally treats others with patience and empathy and is always willing to help without expectation. These qualities have remained consistent throughout the many years I have known him.

He has worked diligently to build a stable and meaningful life with his wife, taking great pride in his career and responsibilities. His strong work ethic has been recognized through promotions, and he has always spoken with pride about the work he does. I have also witness his unwavering support for his wife following her work related injury which significantly impacted her mobility, career, and future plans. During her lowest moments and throughout her treatments, he remained by her side, supportive, and patient. His devotion to her wellbeing during this time speaks volumes about the type of person he is.

I am aware of the charges Robert is currently facing and am respectfully submitting this letter in hopes that the Court will consider the person he has consistently shown himself to be over many years. Thank you for your time and consideration.

Respectfully,

Justine Khor