# EXHIBIT M

March 18, 2026

Dear Honorable Judge Mae D'Agostino,

My name is Pilar C. Sacco, and I respectfully submit this letter in support of my husband, Robert J. Sacco. I have known him since 2008, and for the past 18 years I have had the privilege of witnessing his character not only as his partner, but as his wife, teammate, and the person who has relied on him most during life's most difficult moments.

I met my husband while we were both students at Stony Brook University, where he played on the ice hockey team. From the very beginning, he stood out for his kindness, warmth, and natural ability to care for others. Early in our relationship, I became seriously ill with the flu and was unable to get out of bed. Without hesitation, he carried me to the student health clinic and stayed with me until my family arrived. What might seem like a small moment was, to me, the first clear example of the kind of man he is—someone who steps in without being asked and puts others before himself.

That same character has remained constant throughout our lives together. He fully embraced my large, Spanish-speaking family, making the effort to learn Spanish so he could communicate with my relatives and be part of our culture. He became deeply involved in our family life—attending gatherings, helping around the house, supporting relatives during hospital visits, and mentoring younger family members. He taught my siblings and cousins how to ice skate, attended their soccer games, and showed up consistently for birthdays, religious celebrations, and milestones. Including celebrating Our Virgin of Guadalupe's Birthday 12/12, which begins with a mariachi serenade at 4 am until 6 am, Rob started going since 2010 staying until my grandmother was done handing out all food and drinks to parishioners. He participated in our church marathon alongside my cousins and uncles. My family did not see him as an outsider—they came to depend on him, with both adults and children often asking for him when he was not present. "When is Rob coming? Why didn't Rob come?"

His compassion extends far beyond family. He has always made an effort to give back to others in meaningful ways. Over the years, he has organized and participated in charitable events supporting individuals battling ALS, friends and family members diagnosed with cancer, and law enforcement agents injured or killed in the line of duty. He has also volunteered his time coaching youth hockey, providing guidance, mentorship, and structure to young athletes. Following Hurricane Sandy, the boardwalk in Long Beach on Long Island was washed away and several businesses and friends were affected. He took part in community efforts to support those affected, including participating in a charity race to raise funds. Rob would organize hockey games, sell merchandise, make flyers and promote these events. Most recently in September 2025 Rob organized a charity event for a coworker who had died from ALS and whose son was diagnosed with leukemia. Of the funds gathered, $4,000 were donated to the ALS ride for life foundation. These are not isolated acts—they reflect a consistent pattern of generosity and a genuine desire to help others.

When he faced financial hardship as a young adult, he made the difficult decision to leave college and immediately entered the workforce to support himself. He remained focused on building a future in public service, ultimately earning a position with the Nassau County Police Department. He approached his role with pride and dedication, working his way up to Detective. He continued to better himself by obtaining additional certifications and skills, and in 2025, after years of perseverance, he was selected for a position in Internal Affairs—an opportunity that reflects the trust placed in his integrity and judgment.

During the COVID-19 pandemic, he served on the front lines in law enforcement responding to emergency calls under unprecedented and highly stressful conditions. Despite long hours and the emotional toll, he remained committed not only to his duties but also to the well-being of others. I witnessed him travel 3.5 hours to deliver groceries to elderly relatives who were ill and unable to leave their home, ensuring their safety during a time of great uncertainty.

In March 2021, just three months after we were married, I suffered a severe and life-altering injury that left me unable to care for myself for over two years. During that time, my husband became my caregiver in every sense of the word. He assisted me with every aspect of daily living, including bathing, dressing, feeding, attending countless medical appointments and recovering from procedures. He managed our household entirely while continuing to work, and he provided me with emotional strength when I struggled to see a future for myself. There were moments when I told him he deserved a different life, and he refused to leave my side. His actions during this period were not temporary or occasional—they were consistent, daily, and unwavering, reflecting an extraordinary level of devotion and selflessness.

We have also experienced profound loss together. When my uncle, our wedding godfather, passed away suddenly in 2023, Rob drove us over an hour to be present with my family. He stayed with our family the entire day, holding my aunt and cousin's hands, hugging my grandmother and praying with us all. While quiet, his love and support was felt by us all that day and the challenging days to follow. During our own personal loss following a miscarriage, he continued to prioritize my well-being, providing care and reassurance despite his own grief. In every difficult moment, he has shown resilience, compassion, and a deep sense of responsibility to those he loves.

Additionally, his character has been recognized by others in our community, as we have been entrusted multiple times to serve as godparents—roles that reflect trust, moral responsibility, and long-term commitment to guiding and supporting others.

I understand the seriousness of these proceedings, and I do not write this letter lightly. I write it because I know who my husband is at his core. The man I have known for nearly two decades is compassionate, selfless, and dedicated to doing good for others. His life has been defined by service—to his family, to his community, and through his profession.

I respectfully ask the Court to consider the totality of his character, his lifelong pattern of helping others, and the profound impact that a conviction would have on those who depend on him. Since this incident, our family, our faith, and our church community have come together in support of my husband, offering guidance, accountability, and prayer. He has taken meaningful steps toward personal growth, including reading regularly and preparing written reflections on each book—outlining why he chose it, what he has learned, and how those lessons will positively shape his future. I have personally seen him moving in a constructive and intentional direction. With continued counseling, the support of our family, and a strong foundation in faith, I remain fully committed to standing by him and supporting his continued growth and rehabilitation.

Thank you for your time and consideration.

Respectfully,

Pilar C. Sacco