# EXHIBIT Q

John D. Sacco



February 9, 2026

The Honorable Judge Mae D'Agostino
United States District Court
Northern District New York
Re. Robert J. Sacco

Dear Judge, D'Agostino,

I am writing to you regarding my son, Robert J. Sacco, who I raised with his birth mother until her passing then his aunt, my second wife until he married. We have always been a close family. With her passing it was Robert, his younger brother and myself with the help of some close family until I married again. My second wife has become the boy's second mother and has raised them as if her own. The household was and still is a warm and comforting home.

Although this reads like a movie script the Boys were always a priority and as Robert grew older, he became more of a mentor and role model for his younger sibling. Both boys' time was occupied by Hockey, school and video games. The Boys were always around family and extended family and travelled throughout North America playing competitive Hockey. At one point, as both boys were maturing in age, Robert felt that his younger sibling was developing quickly at a young age and decided to give up competitive sports and to choose his father's other calling and make sure that his brother was watched over in my absence. Robert has always been there for our neighbors who needed help or assistance. Never to shy away from assisting our handicapped neighbors or anyone who was unable to or just could not help themselves.

When he came to the rink with me to assist, he was patent with the younger first timers and a role model for the experienced ones. Always there to help and interested in the welfare of others. He would give private lessons, Gratis, and would help the parents who were new to the rigors and pressure of Travel Hockey which at times for the uneducated can be rough. After spending twenty years of my life involved with the horrors of the realities and weight of the world around us, Law Enforcement NYPD. I am fully aware of the weight of these charges. I am also aware that these charges are completely out of character for Robert and while shocked by this and the severity of it, I know this is not part of his makeup whatsoever.

Your Honor Thank You for taking time to read this and I hope that you see my son's true character.

Thank You,

John D. Sacco