# EXHIBIT R

Divina O. Sacco



March 10, 2026

The Honorable Judge Mae D'Agostino
United States District Court
Northern District New York

Dear Judge D'Agostino,

I am writing to you regarding Robert Sacco. I have taken care of Robert since he was 5 months old since both his mother, an ER Nurse, and his father, an NYPD Highway Patrol Officer were working shifts that at times where someone needed to watch over him. Tragically he lost his mother Jocelyn in 1996 from breast cancer. His father wanted family to watch over him and his baby brother who was a year old when his mother passed.
Robert was always watching over his brother and encouraged him as they both grew up in the sport of Hockey.
Robert attended Parochial schools where he was an A student and had travelled throughout the northeast and Canada playing Hockey while maintaining his grades throughout. Always one to help those who were having problems or needed assistance. Treated all he met with respect and politeness.
Throughout his Police service he was either the first or one of the first to step up for a family in need. Always looking out for the elderly neighbors and the neighborhood kids that needed help.
It was difficult for him to watch his mother pass, and he took it upon himself to keep watch over his brother to help him with his career making his wellbeing a priority.
Your Honor I just wanted you to know that Robert is a great man, quiet, respectful and kind. Thank You for reading this and hoping for your kind consideration.
Respectfully,

Divina O. Sacco
Divina O. Sacco