# EXHIBIT S

02/03/2026

To Whom This May Concern,

My name is Jennifer Aguilar and I am writing this character reference letter on behalf of my family member Robert Sacco to whom I have personally known for 10 years as my cousin in law, witnessing both his personal and professional journey.

Throughout the years, I have come to know Robert Sacco as a person of Integrity, compassion and trustworthy. His commitment to family values and dedication to helping others has been evident in every aspect of his life. Whether lending a helping hand to family members and friends in need. To mention also as a role model to our family and children who look up to his proud work and as an athlete in his hockey journey.

It is my heartfelt hope that the court will consider this letter as a testament to Robert Sacco character.

Thank you for taking the time to read this letter.


Sincerely,

**Jennifer Aguilar**

AURARD Sèverine et Thierry



France

Mail : █████████████████

Rencurel on february 02 in 2026,

Mrs or Mr the Judge,

I hereby certify that we know Mr Robert John Sacco.
He is therefore the brother of our son-in-law Dominick Sacco,
husband of daughter Anaïs Aurard-Sacco.So we met Robert
several times and we could see his kindness and dedication to
his family and friends. He was also very kind to us during our
meetings. He is a serious person, who works very hard. He
came to France and met friends with whom he got along very
Well.
We have never seen Mr Sacco show immorality or
inappropriate behavior.
He has always appeared to us as a respectful and responsible
person.

We ask you to accept our most distinguished feelings.

Mr and Mrs AURARD,

Sabaneta, Antioquia
2 de marzo de 2026

**Carta de Referencia Personal**

Respetada Juez D'Agostino:

Reciba un cordial saludo. Mi nombre es Patricia Cadavid Posada , identificada con cédula de ciudadanía No. ▮▮▮▮▮▮ Por medio de la presente me permito manifestar que conozco al señor **Roberto Sacco** desde hace aproximadamente ocho años, tiempo durante el cual he podido apreciar de manera cercana su conducta y calidad humana.

Durante todos estos años, Roberto se ha caracterizado por ser una persona íntegra, prudente y respetuosa en su actuar. Siempre ha demostrado tener buen juicio en la toma de decisiones, comportándose de manera equilibrada y responsable tanto en su entorno familiar como en el social. Es un hombre que actúa con honestidad y consideración hacia los demás.

En los distintos espacios que hemos compartido, ya sean reuniones familiares o encuentros sociales, se ha distinguido por su trato amable, su serenidad y su actitud conciliadora. Asimismo, puedo dar fe de que mantiene un estilo de vida saludable, es disciplinado y constante en sus actividades deportivas, lo cual refleja su compromiso con el bienestar personal y los valores de responsabilidad y constancia.

En el ámbito familiar, se ha mostrado siempre como un esposo afectuoso y comprometido, y como una persona sensible y respetuosa con quienes lo rodean. Estas cualidades, observadas a lo largo del tiempo, me permiten afirmar con plena convicción que se trata de un hombre de principios sólidos y comportamiento ejemplar.

Por todo lo anterior, expreso ante usted mi sincero respaldo a la calidad moral y al buen carácter del señor Roberto Sacco.

Atentamente,

*[firma]*

Patricia Cadavid Posada

▮▮▮▮▮▮▮▮

Sabaneta, Antioquia
March 2 2026

Personal reference letter

Respected Judge D'Agostino:

Please accept my cordial greetings. My name is Patricia Cadavid Posada, identified by Citizenship ID Number ▉▉▉▉▉. I hereby wish to state that I have known Mr. Robert Sacco for approximately eight years—a period during which I have been able to observe his conduct and personal character firsthand.

Throughout all these years, Rob has distinguished himself as a person of integrity, prudent and respectful in his conduct. He has consistently demonstrated sound judgment in his decision-making, behaving in a balanced and responsible manner in both his family and social spheres. He is a man who acts with honesty and consideration toward others.

In the various settings we have shared—whether meetings, family gatherings, or social occasions—he has distinguished himself through his courteous demeanor, his serenity, and his conciliatory attitude. Furthermore, I can attest that he maintains a healthy lifestyle and is disciplined and consistent in his athletic pursuits, which reflects his commitment to personal well-being and the values of responsibility and perseverance.

In the family sphere, he has consistently demonstrated himself to be an affectionate and committed husband, as well as a sensitive and respectful individual toward those around him. These qualities, observed over time, allow me to state with full conviction that he is a man of solid principles and exemplary conduct.

In light of all the foregoing, I hereby express to you my sincere endorsement of the moral character and good nature of Mister Robert Sacco.

Sincerely,

Patricia Cadavid Posada

Carlos Cadavid



The Honorable Judge Mae D'Astostino

Your Honor,

My name is Carlos Cadavid, and I am writing to express my support for Robert Sacco. I have known him for 17 years as a friend that later became a brother-in-law.

For the time I have known Rob, I have always known him to be a responsible, caring, and hard worker that I looked up to like a big brother. He has always shown kindness to others and has been someone that I and other people can rely on in times of need. When it came to helping others he did not think twice, he would help everyone that asked or didn't that's the kind of person he is. When it comes to helping friends or family or someone in need he doesn't think twice like when he my grandparents would need help getting to their appointments for medical reasons he would go with them. When he does charity matches to raise money for a friend that is battling a disease he sets it up and does what he can to show that they are not in it alone that people around want to help. He it that type of person that is has a big heart for helping everyone around him even if they don't ask for it he offers.

While I understand that Robert Sacco is facing a serious situation, I truly believe this does not define who he is as a person. Everyone can make mistakes, and I believe Robert Sacco has learned from this experience and is committed to making better choices in the future.

I thank the court for their time and consideration.

Respectfully,

Carlos Cadavid

New York, NY, February 2, 2026

**Character Reference Letter**

**To Whom It May Concern:**

My name is **Delsi L Cadavid**, and I am writing this letter as a personal character reference for **Robert Sacco**, whom I have known for approximately 15 years, as he is the husband of my niece.

Throughout the time I have known him, I have observed that **Robert** is an honest, respectful, and responsible individual with a calm and composed demeanor. I have also witnessed the care, dedication, and affection he shows toward his wife, his family, and their two dogs.

On several occasions, I have sought his guidance in navigating complex everyday situations. For instance, when a neighbor was acting in an intrusive and inappropriate manner, **Robert** advised me on how to handle the situation appropriately, making me feel safe and supported. His guidance in these situations demonstrates his sound judgment, reliability, and integrity.

Based on my personal experience, I can confidently attest that **Robert** is a person of exemplary moral character, trustworthy, and fully reliable.

This reference is based entirely on my personal knowledge and experience and does not concern any legal proceedings.

Sincerely,

Delsi L Cadavid          *Delsi L. Cadavid*

Phone: ███████████

Socorro M. Guerrero
Notary Public, State of New York
No. 01GU6331714
Qualified in Kings County
Commission Expires October 19, 2027

State of New York
County of Kings
Subscribed and sworn to before me, in my presence,
this 7th day of February, 2026.

Socorro M. Guerrero, Notary Public, N.Y.

Giovanni Cadavid

███████████████

03/09/2026

The Honorable Judge Mae D'Astostino

Re: Character Reference for Robert Sacco

Dear Judge D'Astostino,

My name is Giovanni Cadavid, and I am writing this letter in support of Robert Sacco. I have known him for approximately 15+ years as a friend that turned into a brother in law.

During the time I have known Robert Sacco, I have come to know them as a person who is hardworking, honest, respectful, caring person, Robert Sacco has been an exceptional role model to me, I've known him for more than half of my life and has been a respectful person/ caring person.

I understand that Robert Sacco is facing serious legal matters, and I do not wish to minimize the situation. However, I believe this situation does not fully represent the kind of person they are. In my experience, they have always shown respectfulness to our family and shown caring.

Robert Sacco has shown me a lot he's been with my sister for more than 15+ years. He's been a helpful and caring person to our family. He's been a role model to all of us as a person and character showing responsibility and helping our family when needed.

I respectfully ask the Court to consider this letter when making its decision. I believe Robert Sacco has the character and ability to learn from this experience and move forward in a positive way.

Thank you for your time and consideration.

Respectfully,

Giovanni Cadavid

███████████████

John Cadavid

███████████

March 10, 2026

Re: Robert Sacco

To whom it may concern,

I have known Robert Sacco casually for 10+ years, given that his wife Pilar is my cousin, but we connected more in the past year, starting during a big family trip to Colombia in April 2025. Since that trip, I saw Robert on several occasions and always found him to be personable, respectful, and selfless.

I want to highlight two recent moments to paint a picture of Robert. One weekend in mid-September 2025, I held a barbecue at my house with many relatives, including Robert and Pilar, and I remember him telling me about a home they were looking to purchase. Since he was buying a house soon, he was really interested in all the minutiae of homeownership, maintenance, and interior design, and even asked about things like my BBQ grill and espresso machine; he was very excited and hopeful that day. One week later, I attended a charity hockey game that Robert played in, and helped organize, in Bethpage, Long Island, to benefit the family of a former colleague of his who passed away from ALS, as well as the ALS Ride for Life foundation. I remember thinking how admirable it was that he was devoting his time and energy to this cause.

My last communication with Robert was in Dec 2025, when we exchanged a few text messages about his new house and the upcoming holidays. In my experience, Robert has always been a pleasure to be around, which is why I was extremely surprised and taken aback to learn of his current situation, as it seems completely out-of-character from the person I know.

Thank you for your time and consideration of this letter, and I hope you will take these observations into account.

Sincerely,

John Cadavid

███████████

███████████

Carta de referencia personal

Medellin, Antioquia

Marzo 3 del 2026

Juez Mae D'Agostino

Mi nombre es Marta Elena Cadavid. Por medio de esta carta me permito informar que conozco personalmente al señor Roberto Sacco desde hace más de 15 años por medio de mi sobrina Pilar Sacco cuando ellos empezaron su relación, el cual actualmente es su esposo. Roberto es una persona respetuosa, honesta, muy servicial, responsable y trabajadora, y en todo momento dispuesto a ayudar cuando se le necesita. De igual manera es un esposo muy responsable y amoroso con mi sobrina y es dedicado a ella y a su familia, es muy centrado en todas sus actuaciones.

Atentamente,

Marta Elena Cadavid,
Cel. █████████████

Personal Reference Letter

Medellin, Antioquía

March 3 2026

Judge Mae D'Agostino

My name is Marta Elena Cadavid. Through this letter, I wish to state that I have personally known Mr. Robert Sacco for over 15 years, having met him through my niece Pilar Sacco when they first began their relationship—he is now her husband.

Robert is a respectful, honest, and highly helpful individual. He is responsible and hardworking, and is always willing to lend a hand whenever he is needed.
Furthermore, he is a very responsible and loving husband to my niece, and is deeply devoted to her and their family. He approaches everything he does with great focus and concentration.

Sincerely,

Marta Elena Cadavid

**Carta de referencia Personal**

Sabaneta, Antioquia

1 de marzo del 2026

A quien corresponda:

Por medio de la presente, yo **Michell Ruiz Cadavid**, identificada con cédula de ciudadanía No. ████████ Me permito expresar algunas consideraciones personales respecto al señor **Roberto Sacco**, a quien conozco desde hace aproximadamente cinco años.

Durante el tiempo que he tenido la oportunidad de compartir con él, tanto en reuniones familiares como en otros espacios sociales, siempre lo he percibido como un hombre amable, caballeroso y respetuoso. Se ha caracterizado por ser una persona muy orientada a su familia, amoroso y atento con su esposa, así como cariñoso y responsable con sus mascotas.

De igual manera, puedo afirmar que es una persona prudente y medida al momento de expresarse. No es grosero en su forma de hablar ni mantiene actitudes agresivas. En los espacios sociales en los que hemos coincidido, ha demostrado ser moderado, especialmente en el consumo de bebidas alcohólicas, sin mostrar comportamientos excesivos.

Considero importante compartir estas apreciaciones, ya que reflejan el comportamiento que he observado en él a lo largo de los años que llevo conociéndolo.

Atentamente,

Michell Ruiz C.

Michell Ruiz Cadavid
████████
████████

Personal Reference Letter

Sabaneta, Antioquia

March 1, 2026

To Whom It May Concern:

Through this letter, I, Michell Ruiz Cadavid, holder of Colombian national identity card No. ███████ would like to express some personal observations regarding Mr. Roberto Sacco, whom I have known for approximately five years.

During the time I have had the opportunity to spend with him, both at family gatherings and in other social settings, I have always perceived him as a kind, gentlemanly, and respectful man. He has been characterized as a very family-oriented person, loving and attentive to his wife, as well as affectionate and responsible with his pets.

During the time I have had the opportunity to spend with him, both at family gatherings and in other social settings, I have always perceived him as a kind, gentlemanly, and respectful man. He has been characterized as a very family-oriented person, loving and attentive to his wife, as well as affectionate and responsible with his pets.

Likewise, I can affirm that he is a prudent and measured person when expressing himself. He is not rude in his speech nor does he maintain aggressive attitudes. In the social settings where we have coincided, he has shown himself to be moderate, especially in the consumption of alcoholic beverages, without displaying excessive behavior.

I consider it important to share these observations, as they reflect the behavior I have observed in him throughout the years I have known him.

Sincerely,

Michell Ruiz C

New York
Marzo 10/26

A la Juez Mae D'agostino

Yo Nora E. Cadavid, recidente de la Ciudad de New York por mas de 40 años, doy Fe de que Conosco el esposo de mi sobrina Robert Sacco, mas de 15 años y ha sido un hombre muy respetuoso y amable y muy querido por toda la familia, inclusive coincidimos en Colombia celebrando los 90 años de mi madre y aqui en diferentes fiestas familiares y en mi casa venian a Jugar Parques tomando un rico Cafe y algunas golocinas.

Gracias por tener en cuenta mi opinion a serca del Caracter de Robert.

Atentamente:

Nora E. Cadavid

New York

March 10/26

To the Judge Mae D'agostino

I, Nora E. Cadavid, resident of New York City for more than 40 years, attest that I have known my niece's husband, Robert Sacco,  for more than 15 years and he has been a very respectful and kind man, much loved by the entire family. Additionally, we met in Colombia to celebrate my mother's 90th birthday and here at various family parties. He would come to my house to play parcheesi while drinking a nice cup of coffee and some treats.

Thank you for taking my opinion into account regarding the character of Robert.

Sincerely,

Nora E. Cadavid

03/01/26

Honorable Judge Mae D'Agostino

Re: Character Reference for Robert Sacco

Dear Judge D'Agostino,

My name is Rocio Cadavid, and I am writing to respectfully provide a character reference for my brother-in-law, Robert Sacco. I have known him for approximately 17 years through our family relationship.

During the time I have known Robert, I have come to see him as a caring, respectful, and responsible person who values his family and community. He has always shown kindness and support toward those around him, especially his family and friends. He is someone who is willing to help others and takes his responsibilities seriously.

In my experience, Robert has worked hard to provide for his family and maintain stability in his life. He is dependable and has always tried to make positive choices. I believe he is capable of learning from difficult situations and continuing to grow as a responsible member of society.

I respectfully ask the Court to consider his character, family support system, and positive qualities when making any decisions in this matter. I truly believe that he has the potential to move forward in a positive direction.

Thank you for taking the time to read my letter and consider my perspective.

Respectfully,

Rocio Cadavid

A quien Coresponda esta carta 2/10/2026
Soy Silvia Luna de Cadavid

Por medio de esta letra les
Comunico que yo conosco a
Robert Sacco desde ase 17 años
es esposo de mi hija en el tiempo
que lo e conosido,
es una persona respetuosa
responsable a sido un caballero
onorable y muy gentil aviajado
Con nuestra familia durante
esos viajes a sido muy Colavorador
muy Respetuoso ayuda alque
lo nesecita le gusta superarse
una persona trabajadora puntual
puntual a todas sus agtividades.
a sido un llerno bueno que
Convive Con nosotros con nuestras
familias en reuniones sociables
y siempre emos estado muy
contento Con el
espero en dios que tomen en
Cuenta esta letra sobre el
Caragter bueno de Robert
Sacco en los años que lo
Conosco el no atenido ni
demostrado malas intenciones.

        Gracias Por su tiempo leyendo
        esta letra

                    Attentamente: Silvia L. Cadav

2/10/2026


To whom this letter may concern,


I, Silvia Luna de Cadavid, through this letter, wish to inform you that I have known Robert Sacco for 17 years. He is my daughter's husband. In the time I have known him he has been a respectful and responsible person, an honorable gentleman and very kind. He has travelled with our family, during those travels he has been very cooperative and respectful and he helps anyone in need. He strives to better himself and is a hardworking person who is punctual in all his activities. He has been a good son-in-law, someone who spends time with us and our families at social gatherings and we have always been very pleased with him.

I pray to God that you take into account this letter regarding Robert Sacco's good character during the years I have known him. He has neither harbored nor demonstrated any ill intentions.

Thank you for taking the time to read this letter.


Sincerely,

Silvia L. Cadavid

Medellin, Colombia

Marzo 3 del 2026

Carta de Referencia Personal

Juez Mae D'Agostino

Mi nombre es Amado Callejas Deossa. Por medio de la presente quiero informar que conozco personalmente al señor Roberto Sacco desde hace 8 años, como una persona honorable, responsable, de buen carácter y muy respetuosa de los demás en su vida cotidiana, tanto en su trabajo como en la convivencia con el resto de las demás personas ya que jamás me he enterado de un mal comportamiento y ha demostrado ser una persona generosa y servicial.

Atentamente,

Amado Callejas Deossa

Medellín, Colombia

March 3 2026

Personal reference letter

Judge Mae D'Agostino

My name is Amado Callejas Deossa. By means of this document I hereby wish to state that I have personally known Mr. Robert Sacco for eight years as an honorable, responsible individual of good character who is highly respectful of others in his daily life—both in his professional work and in his interactions with other people—as I have never witnessed any misconduct on his part, and he has proven himself to be a generous and helpful person.

Sincerely,

Amado Callejas Deossa

To Whom It May Concern,

My name is Gina Gallego, and I am writing to share my experience with Robert Sacco, who is my cousin's husband.  I have known Robert over the years through family gatherings, holidays, and other events where our families have spent time together.

Throughout the years that I have known him, Robert has always been pleasant, respectful, and kind in my interactions with him. Whenever we see each other at family get-togethers, he is always friendly and easy to speak with. He treats people with respect and has always made a positive impression on me.

In all the time I have known Robert, my experiences with him have always been positive. He has consistently come across as a thoughtful and considerate person toward both me and other members of our family.

Sincerely,

Gina Gallego

New York
March 11, 2026.

To whom It May concern.

My name is Maria G. Gallego, and I am
writing to share my experience with my niece's
husband, whom I have known for many years
as part of our family, Robert Sacco.

Throughout the time I have known him, he has
always been a friendly and kind person.
Every time we have been around each other at
family gatherings or events, he has been respect-
ful, polite and easy to talk to. He has always
treated those around him with kindness and has
come across as someone who genuinely cares
about people.

In my personal interactions with him, he has
always carried himself in a respectful and
considerate way. He has been nothing but
kind to me and to the rest of our family.

Sincerely,
Maria G. Gallego

New York
Marzo 11/26

    La Juez Mae D'agostino

Nosotros Julio y Amandor Galviz, certifica-
mos que conocemos al Señor Robert Sacco
por 15 años. y tenemos muy buenos
Comentarios a serca de su personalidad,
como un hombre recto y respetuoso, hasta
la fecha, hemos compartido en diferentes
reuniones familiares con gente de diferen-
tes eolades y con todos interactuaba flui-
damente.

                    Atentamente:
                        Julio E galviz
                        Amuold galvez.

New York

March 11/26

Judge Mae D'agostino

We, Julio and Amanda Galviz, attest that we have known Mr. Robert Sacco for 15 years and we have very positive feedback regarding his character as an upright and respectful man, to this date.  We have spent time together at various family gatherings with people of different ages, and he interacted fluidly with everyone.

Sincerely,

Julio E. Galvis

Amanda Galviz

Subject: as indicated

To Whom It May Concern

I, the undersigned Architect Oblester Arenas Hernández, Administrator of the Sorama Buildings S.A. of C.V. Construction Company. By means of this letter, and in a most respectful manner, I address you to inform you that Mr. Robert Sacco has proven himself to be an honorable individual of sound principles, responsible, of good habits, and possessing exemplary conduct. I have known him for approximately ten years, during which time he has visited us in the city of Puebla de Zaragoza, Mexico. We have interacted with him as an entire family—including children, teenagers, young adults, and seniors—and he has never displayed any inappropriate behavior; on the contrary, he has always been extremely courteous toward everyone.

I write this letter with the intention of assuring you that Robert is a trustworthy and honorable person.

I remain at your distinguished disposal should you require any further information or clarification (my mobile number is provided below). I bid you farewell, sending a fraternal greeting.


Sincerely,

H, Puebla de Zaragoza, Mexico
January 31, 2026

Administrator
Architect Oblester Arenas Hernández

EDIFICA
S

Asunto: El que se indica

A quien corresponda.

P R E S E N T E:

El que suscribe **C. Arq. Oblester Arenas Hernández**, Administrador de la Constructora **EDIFICACIONES SORAMA S.A. DE C.V.** Por este medio de la presente y de una forma muy respetuosa me dirijo a usted, para comentarle que **el C. Robert Sacco** ha demostrado ser una persona honorable, de buenos principios, responsable, buenos hábitos, con una conducta ejemplar, a quien conozco desde hace aproximadamente 10 años, quien nos ha visitado en la ciudad Puebla de Zaragoza, México, hemos convivido toda la familia (niños, niñas, jóvenes, señoritas adultos y tercera edad), y nunca mostro alguna anomalía, al contrario siempre muy cortes con todos,

Escribo la presente carta con el fin de que usted vea a Robert como una persona confiable y honorable.

Quedo a su distinguida orden para cualquier duda o aclaración número de celular ████ ████ sin más por el momento, me despido de usted enviándole un saludo fraternal.

ATENTAMENTE

H, PUEBLA DE ZARAGOZA, MEXICO A 31 DE ENERO DE 2026

**Administrador**

_____

**Arq. Oblester Arenas Hernández**

  

AQUIEN CORRESPONDA.

La que suscribe Dra. ROXANA ARENAS HERNANDEZ que labora en la secretaria de salud del estado de Puebla, México, me permito recomendar ampliamente al C. ROBERT SACCO que es una persona honorable, respetable, trabajadora, honesta y servicial, de buenos principios, siendo fiel y poniendo en alto su responsabilidad y discreción de su trabajo, lo conozco desde hace diez años, tiempo en el cual siempre ha sido una persona de confianza y comprometida ante la sociedad.

Agradezco de ante mano su fina atención, y quedo a sus órdenes para cualquier duda o aclaración.

ATENTAMENTE.

HEROICA PUEBLA DE ZARAGOZA A 31 DE ENERO DE 2026

DRA. ROXANA ARENAS HERNANDEZ

CEDULA PROFESIONAL ▮▮▮▮▮

CELULAR ▮▮▮▮▮



To whom it may concern

The undersigned  Dr. Roxana Arenas Hernandez who serves at the department of health of the state of Puebla, Mexico, hereby highly recommend Mr. Robert Sacco as an honorable, respectable, hardworking, honest and helpful individual of sound principles. Someone who is faithful and upholds the highest standards of responsibility and discretion in his work. I have known him for ten years, throughout which time he has consistently proven himself to be a trustworthy person deeply committed to the community.

I thank you in advance for your kind attention and remain at your disposal should you have any questions or require further clarification.

Sincerely,

Heroic Puebla de Zaragoza 31 of January of 2026

Dr. Roxana Arenas Hernandez
Professional License
Cellular

To Whom It May Concern

By means of this letter, I take the liberty of highly recommending Mr. Robert Sacco, as a respectful, honest, and hardworking individual. hardworking, and committed individual in any situation or task undertaken—qualities that have enabled him to achieve excellent results in his personal and professional growth. I have known him for over eight years, during which time he has consistently proven himself to be a trustworthy person who is committed to his community and considerate of those around him. This recommendation is provided for all relevant purposes.

I reiterate my highest regards.

Four-Times Heroic Puebla de Zaragoza,
February 1, 2026

Attorney Ubaldo Arenas Hernandez

A QUIEN CORRESPONDA.

Por medio del presente, me permito recomendar ampliamente al C. ROBERT SACCO, como una persona, respetuosa, honesta, trabajadora y comprometida en cualquier situación o trabajado a desempeñar, logrando con ello, grades resultados en su crecimiento personal y profesional, ya que tengo más de ocho años de conocerlo, tiempo en el cual siempre ha sido una persona digna de confianza y comprometido con la sociedad y cuidadoso con los que lo rodean. Lo anterior para los efectos a que haya lugar.

Sin otro particular, reitero mis consideraciones.

CUATRO VECES HEROICA PUEBLA DE ZARAGOZA A UNO DE FEBRERO DEL AÑO DOS MIL VEINTISEIS.

LIC. UBALDO ARENAS HERNÁNDEZ.
CED. PROFESIONAL ▮▮▮▮
CEL. ▮▮▮▮▮▮



From:
Subject: **Robert Sacco Character Letter**
Date: Mar 8, 2026 at 6:37:32 PM
To:

To the Honorable Judge,

I am writing this letter to provide a character reference for my friend, Robert Sacco. I have known him for approximately 15 years. We attended Stony Brook University and met each other through mutual friends. During this time, I have come to know him as a kind, respectful, funny, helpful and responsible individual.

Throughout our friendship, Robert has shown strong values such as honesty, compassion, and respect for others. He has always been supportive to family and friends and willing to help those in need. I have always seen him with a positive attitude.

While I understand that the court must carefully consider the circumstances of this case, I truly believe that Robert is a good person who is capable of learning from mistakes and continuing to grow. He has the support of people who care about him and want to see him succeed and contribute positively to the community.

I respectfully ask the court to take my perspective into consideration when making its decision. Thank you for taking the time to read my letter.

Sincerely,

Ana Hsieh Shan

Tracey Kamlani

███████████████

███████████

March 8, 2025

Re: Robert John Sacco

To: The Honorable Judge Mae D'Agostino

Rob is my best guy. That's what I tell people. A cousin that is four years my senior, Robert John Sacco has been around for all 33 years of my life. He is next to me or in the background of my favorite childhood photos. He was around for my high school birthdays, my college graduation, the fun outings of my early 20s, and all the family get togethers in between. I was present at his hockey games, for the first day he brought his now-wife to meet family, and for their wedding. For as long as there has been Tracey, there has always been Rob. He is a constant in my life, and the integrity of his character has been consistent.

The Rob that I know is respectful, kind, and compassionate. It is evident in his demeanor, the way he greets people, speaks to people, and treats people. Every interaction is based upon a foundation of respect. The Rob I know is responsible, as seen by how he shows up for his family and acts as a pillar of support. He is caring towards his family and friends, and a positive addition to any communities he is a part of, with frequent involvement in charity events. Rob is reliable and puts effort into his relationships with loved ones. He never fails to show up for me and answers every call or text. The Rob I know is patient and loving, and is a role model for many that look up to him.

The only Rob that I know is good. He is my best guy.

Thank you for your consideration.

Sincerely,

Tracey Anne Kamlani

The Honorable Judge Mae D'Agostino
United States District Court
Northern District of New York
Re: Robert J. Sacco

Dear Judge, D'Agostino,

My name is Mitchel Katz, and I am a close friend of Robert Sacco and his family. They took me into their family, raised me as one of their own, and allowed me to be part of their ever-growing hockey family. Knowing Robert for the past 13 years has given me a deep understanding of who he is as a person and the kind of character he possesses. Over the years, our relationship has grown from simply being friends to someone I now consider family, and someone I have always looked up to like an older brother. Robert and his family have played a significant role in my life. From the time I first started playing ice hockey, when I admired him as a player, to now seeing him grow as a professional, he has always been someone I respect.

Robert's father was my ice hockey coach, which meant I spent a great deal of time around their family growing up. During those years, Robert welcomed me into their home with open arms and always treated me with kindness, respect, and generosity. Their family environment made a lasting impression on me, and Robert was someone who consistently demonstrated the values of integrity, compassion, and responsibility.

Knowing what Robert and his family experienced at a young age, he was able to relate to the challenges my family and I faced when we went through a very difficult time ourselves, not too long ago. During that period, Robert showed tremendous support for my family and me when we needed it most. He did not have to be there for me, but he chose to be, and that meant more than I can fully express. His presence during those moments showed me the strength of his character and the depth of our relationship.

One of the things that has always stood out to me about Robert is his ability to remain composed and strong even when dealing with personal challenges. You would never know when something might have been weighing on him, because he always carried himself with calmness and resilience. Watching the way, he handled difficult situations taught me how to approach adversity with the same level of composure and strength.

Throughout the years, Robert has also served as a mentor to me, both in sports and in life. He has helped guide me through difficult moments and encouraged me to keep moving forward even when things seemed uncertain. The lessons he has shared and the support he has given me are things that I will carry with me for the rest of my life.

Robert has had a meaningful influence on my development as both a person and a professional. Whether in school or entering the workforce, he has always encouraged me to pursue what I am passionate about, stay focused on my goals, and approach life with the right mindset. Even though we work in different fields, the example he has set has shown me that success comes from dedication, perseverance, and believing in yourself.

Based on the many years that I have known Robert, I can confidently say that he is someone who shows strength even during difficult times, finds hope when situations seem dark, and genuinely cares for others even when they may not believe they deserve it. He has always been a positive influence in my life, and I am incredibly grateful for the role he has played in shaping the person I have become today.

Your Honor, thank you for taking the time to read this statement about someone who means a great deal to me. I truly hope this letter helps reflect the kind of character Robert has consistently demonstrated throughout the many years I have known him.

Thank you.

Mitchel Katz

8 March 2026

Anjeleen Lozano

████████████████████████

To Judge Mae D'Agostino,

I am one of the many cousins of Robert Sacco who would greatly appreciate grace in these trying times. I can confirm my childhood with Robert to be of great memories - mostly of care, compassion, and definitely humor. I have always looked up to him, as he guided not only his younger brother after the early loss of their mother, but as a great son, nephew, older cousin, and uncle amongst our large family.

I recently visited him at the correctional center in Upstate NY. My lengthy drive in the dark hours before dawn reminded me of a childhood trip we shared in Hawaii. We reminisced over our long drive up the dormant Haleakalā volcano. The summit was frightening, and the drive was 10,000 feet high. Although I, and many relatives, slept through the drive because we left early in an attempt to catch the sunrise at the top, to this day I remember his sacrifice to drive us all up the volcano despite being exhausted and sleepy. I knew that being under his wing, I was safe.

Years later, in the wake of our grandmother, I walked in and heard, " Nurse! Nurse!" My head snapped in response, and as our eyes locked together, we burst out laughing. He proceeded to explain that almost all nurses (practically a fourth of the family) respond to that call and not our own name. Even in our challenging years, through grief and loss, Robert had the ability to uplift people and effortlessly make us laugh.

I am convinced that as these allegations are thoroughly reviewed, the truth will come to light and the public will see the wonderful and loving man that our family knows him to be. Thank you for your time.

Regards,



Anjeleen Lozano

From: Edward mendez █████████████████
Subject: Letter for Rob
Date: Mar 2, 2026 at 12:02:02 AM
To: ████████████████████

To Whom It May Concern,

I am writing this letter in good faith to provide a character reference for Robert Sacco, whom I have known personally for over fifteen years. My statements are based on long-term, direct knowledge of his character and conduct well before the allegations presently before the Court.

Throughout our relationship, I have known Robert to be a person of integrity, kindness, and reliability. He was someone I trusted completely and relied upon for guidance and support. Over time, I came to view him not only as family, but as a role model and a brotherly figure.

The respect I had for him is reflected in my decision to choose him as my godparent through the Catholic Church for my wedding. This was a meaningful and deliberate choice, grounded in my confidence in his moral character, faith, and sense of responsibility. I also consistently observed the love, care, and respect he showed within his marriage. He treated his wife, my cousin with patience, devotion, and genuine affection. To me, their marriage represented one rooted in faith, mutual respect, and love, and served as an example of how a couple should live under God.

In more than fifteen years of knowing him, I never witnessed him act unkindly or disrespectfully toward anyone, especially his wife. He was a gentle and thoughtful person who avoided conflict, stayed out of others' affairs, and was always willing to listen and offer sincere advice. His presence was calming, and people were naturally drawn to him because of his warmth and kindness.

He built a life defined by responsibility and service. He pursued a career in law enforcement, serving as a police officer and later advancing to detective. He married, purchased a home, and worked to create a stable and loving life with his wife. These accomplishments reflected consistency, dedication, and a strong sense of duty. The trust I placed in him extended beyond family matters. When I was interviewed for a position with the fire department, I listed him as a personal reference, something I would not have done had I ever questioned his character, professionalism, or reputation.

At no point during the many years I have known him did I ever observe behavior that suggested he was capable of harming another person. On the contrary, I knew him to be reliable, compassionate, and steady. When my father passed away in the hospital, Robert was there for my family and me during one of the most painful

moments of our lives. His quiet presence and support during that time meant more to me than I can fully express.

Based on my personal experience over more than fifteen years, I have known Robert to be a loving, respectful, and principled individual. I submit this letter with sincerity and respect for the Court's consideration.


Respectfully,

Edward Mendez

2-8-26

A quien Corresponda

Yo Mimadelia Mendez estoy escribiendo una letra de caracter para mi sobrino por matrimonio y ahijado de Bodas.
Robert Sacco, Yo lo conosco hace 17 años y es una persona respetuosa, buenos principios, responsable, honorable
Siempre a sido una persona de confianza y comprometido ante la Sociedad.
El a conbivido con toda mi familia incluyendo niños, niñas jovenes, adolecentes y ancianos a sido parte de todas nuestra Celebraciones, compleaños, dias festivos, Vacaciones, partidos de futbol a participado en las Carreras de marathon de la Iglesa de la Virgen de Guadalupe a estado en los momentos mas dificiles de nuestra Vida Siempre mostrando lealtad y respeto.

Atte.
Mimadelia Mendez

2/8/26


To whom this may concern


I, Mimadelia Mendez, am writing this character letter for my nephew by marriage and godson by wedding.

Robert Sacco, I have known him for 17 years and is a respectful, responsible, and honorable person with good principles.

He has always been a trustworthy person and committed to society.

He has spent time with my entire family - including boys, girls, teens, adolescents and the elderly - he has been a part of all our celebrations: birthdays, holidays, vacations and soccer matches. He has participated in church marathon races for the Virgin of Guadalupe. He has stood by us during the most difficult moments of our lives, always demonstrating loyalty and respect.


Sincerely,


Mimadelia Mendez

Personal reference letter

Date: March 3rd 2026

Location: Sabaneta, Antioquia

To who it may concern:

I, Bryan—identified by my national identity number ███████ and by profession a Civil Engineer—hereby submit my personal testimony regarding the conduct and character of Mr. Robert Sacco.

I have known Mr. Robert Sacco for approximately two years. During this time, I have had the opportunity to interact with him in various settings—both familial and social—which has allowed me to form a solid judgment regarding his integrity and character.

Throughout the course of our interactions, he has distinguished himself as a serious, respectful individual with impeccable manners. On the numerous occasions we have interacted, I have never witnessed any rude or aggressive attitudes on his part, nor any behavior under the influence of alcohol. On the contrary, his conduct has consistently been that of an exemplary citizen who maintains his composure and shows respect toward others, regardless of the circumstances.

Furthermore, I wish to highlight his personal side as a husband. I have been a direct witness to the dignified, affectionate, and balanced manner in which he treats his spouse—qualities that reflect the family values and emotional stability that characterize him.

I attest that he is a person of deeply rooted ethical principles and positive social conduct. For these reasons, I do not hesitate to extend this recommendation as proof of his good name and honorability.

I remain entirely at your disposal to elaborate upon or confirm this information, should it be necessary.

Sincerely,

Brayan Restrepo Montes

## Carta de Referencia Personal

**Fecha:** 03 de marzo de 2026

**Lugar:** Sabaneta, Antioquia

**A quien corresponda:**

Yo, **Brayan Restrepo Montes**, identificado con cédula de ciudadanía No. ▮▮▮▮▮▮▮, de profesión **Ingeniero Civil**, por medio de la presente me permito presentar mi testimonio personal sobre la conducta y el carácter del señor **Robert Sacco**.

Conozco al señor **Robert Sacco** desde hace aproximadamente dos años. Durante este tiempo, he tenido la oportunidad de compartir con él en diversos entornos, tanto familiares como sociales, lo cual me ha permitido formar un criterio sólido sobre su integridad y calidad humana.

A lo largo de nuestro trato, se ha distinguido por ser una persona **seria, respetuosa y con una educación intachable**. En las múltiples ocasiones en que hemos interactuado, jamás he presenciado de su parte actitudes rudas, agresivas o comportamientos bajo el efecto del alcohol. Por el contrario, su conducta siempre ha sido la de un ciudadano ejemplar que mantiene la compostura y el respeto hacia los demás, independientemente de las circunstancias.

Asimismo, deseo resaltar su faceta personal como esposo. He sido testigo directo del trato digno, afectuoso y equilibrado que mantiene con su cónyuge, lo cual refleja los valores familiares y la estabilidad emocional que lo caracterizan.

Doy fe de que es una persona con principios éticos arraigados y una conducta socialmente positiva, razones por las cuales no dudo en extender esta recomendación como prueba de su buen nombre y honorabilidad.

Quedo a su entera disposición para ampliar o ratificar esta información en caso de ser necesario.

Atentamente,

**Brayan Restrepo Montes**

C.C ▮▮▮▮▮▮▮

Teléfono: ▮▮▮▮▮▮▮

Correo electrónico: ▮▮▮▮▮▮▮

Jennifer T. Nagales



March 10,2026

The Honorable Judge Mae D'Agostino
United States District Court
Northern District
Re. Robert J. Sacco

Dear Judge D'Agostino

I am writing to you regarding my nephew Robert J. Sacco. I have known him for 37 years as his aunt and I am intimately familiar with his character.
As an accomplished 37-year-old with a bright future ahead of him, achieved amazing things in his life, particularly a terrific Hockey player and successful in his chosen career, success has not changed him. He is still the loving son and husband, a devoted big brother and a trusted friend.

I believe in Robert John and his ability to be a contributing member of society,

Thank You for your time and consideration on this matter,

Sincerely,

Jennifer T. Nagales

To Whom It May Concern,

My name is **Christian Perez Cadavid,** and I am submitting this letter as a character reference for **Robert Sacco**, whom I have known for **over 15 years**. I make this statement based on my personal knowledge and direct experiences with him over that time.

Throughout our relationship, Rob has consistently demonstrated strong moral character, reliability, and compassion. What began as a friendship developed into a bond, I consider familial. He has been a steady presence in my life. Throughout the years, Rob has consistently demonstrated qualities of integrity, kindness, and reliability.

Rob has served as a positive influence and mentor to me. He has shared his life experiences openly and thoughtfully, offering guidance grounded in responsibility, and a positive attitude. Through his actions and words, he has helped shape my perspective and encouraged personal growth. His guidance has often gone beyond friendly advice; in many circumstances, he has stepped into a role that felt parental—offering reassurance, and support.

I have observed Rob to be someone who values integrity and treats others with respect. He takes his responsibilities seriously and is mindful of how his actions affect those around him. His support for me has never been conditional or self-serving; rather, it reflects a genuine concern for the well-being of others and a strong sense of personal responsibility.

Based on my long-term relationship with Rob, I believe him to be a person of good character who strives to do what is right. His presence in my life has been meaningful and constructive, and I am confident that the qualities I have described are consistent with who he is as an individual.

I submit this letter respectfully for its consideration and affirm that the statements above are true and accurate to the best of my knowledge.

Sincerely,

**Christian Perez Cadavid.**
**Friend.**

To Whom It May Concern,

My name is Stevan Ramirez. I am writing this letter at the request of Robert Sacco's attorney. I have known Robert personally for over ten years, and I wanted to share my experience of knowing him.

Over the years, Robert has always been very easy to talk to. He's approachable, friendly, and someone I've always felt comfortable with. In my experience, he's been respectful and considerate, and I never had any negative interactions or concerns when spending time with him. He comes across as genuine, and he's the type of person people naturally feel at ease around.

I want to be clear that I don't know the details of the legal situation he is currently involved in, and I'm not writing this letter to comment on that. I'm simply sharing my personal experience of Robert based on the years I've known him.

Based on the trust and friendship we have, I felt comfortable helping Robert by installing an alarm and camera system at his home as a personal favor. That decision came naturally to me and reflected the level of trust I had built through knowing him over time.

One moment that really stayed with me was when Robert came to my grandmother's funeral. It was a very difficult time for my family, and his presence and support meant a great deal to us. It was a kind gesture that I truly appreciated and will always remember.

I am submitting this letter only to share my personal perspective and experience.

Thank you for taking the time to read this.

Sincerely,

**Stevan Ramirez**

**NEW YORK ALL-PURPOSE ACKNOWLEDGMENT**
REAL PROPERTY LAW §309-a

State of New York
County of _NASSAU_ } ss.

On the __31st__ day of __January__ in the year __2026__ before me,
　　　　　Day　　　　　　　Month　　　　　　　　Year
the undersigned personally appeared __Stevan Ramirez__,
　　　　　　　　　　　　　　　　　　Name of Signer

(and __N/A__,) personally known to me or
　　Name of Additional Signer, if Any

proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
Signature of Notary Public
Notary Public — State of New York

Place Seal Below    OR    Complete Lines Below

LUIS FABRICIO RUBIO
Notary Public - State of New York
NO. 01RU6284520
Qualified in Nassau County
My Commission Expires Aug 25, 2029

__Luis Fabricio Rubio__
Name of Notary

__Nassau__
Name of County in Which Originally Qualified

__08/25/2029__
Commission Expiration Date

__Nassau__
Name of County in Which Certificate of Official
Character Filed (if required)

──────── OPTIONAL ────────

Completing this information can deter alteration of the document or
fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: __Character Reference letter__

Document Date: __01/31/2026__　　　Number of Pages: __1__

Signer(s) Other Than Named Above: __N/A__

©2020 National Notary Association

M1304-15 (11/20)

Christine Rigosi

███████████████████████

████████

██████████████

March 10th, 2026

Dear Judge D'Agostino,

My name is Christine Rigosi, and I own a hockey pro shop in Bellmore NY. I am writing to you today to provide a character reference for Robert Sacco, whom I have known and been friends with for almost 20 years.

The hockey community is very small and tight knit, so when I started playing hockey with him at the Aviator ice rink in Brooklyn, we became fast friends. We are the same age and get along really well. He and his family treated me like I was a member of their own family.

I have been working in the pro shop at Newbridge Arena since 2014 and have been an owner since 2020. Rob plays hockey for the Nassau County PD team, so he played at Newbridge on a regular basis. He would always come in either before or after his game to chat. He is very personable and outgoing, always joking around but also incredibly generous. One time when he was coming to see me to get his skates sharpened, he asked me if I wanted lunch. He stopped on the way and bought food for the both of us. He hung out in the shop with me for a while, and when other customers came in, he would chat with them. Every year he would personally fill out and give me one of his PBA cards. He genuinely cared about everyone he knew.

He and his whole family have been like a second family to me. I have never once had a negative interaction with him. I am happy to call him a friend.

Thank you for your consideration.


Sincerely,

Christine Rigosi

Medellín, Colombia

Marzo 16 del 2026

Carta de Referencia Personal

Juez Mae D'Agostino

Mi nombre es Maria Rocio Posada, identificada con C.c ▮▮▮▮▮ Me permito informar que conozco al señor Roberto J Sacco ya que él forma parte de mi familia por ser el esposo de mi nieta Pilar Sacco. Es una persona muy familiar y servicial, siempre pendiente en que forma ayudar en todo lo que se necesite en cuanto a lo relacionado a salud, las veces que he compartido con él siempre ha sido respetuoso, agradable, simpático y trabajador. Una persona que siempre inspira a progresar día a día.
Es un hombre muy sano y humanitario cuando yo he estado delicada de salud está pendiente para ayudarme.

Atentamente,

Maria Rocio Posada

Maria Rocio Posada

Cel: ▮▮▮▮▮

Medellin, Colombia

March 16 of 2026

Personal Reference Letter

Judge Mae D'Agostino

My name is Maria Rocio Posada, identified with ID No. ▮▮▮▮▮▮▮▮    I am writing to inform you that I know Mr. Robert J Sacco, as he is part of my family, being the husband of my granddaughter, Pilar Sacco.  He is a very family-oriented and helpful person, always attentive to how he can assist in any way needed regarding health matters. The times I have spent with him he has always been respectful, pleasant, kind and hardworking. A person who always inspires one to improve every day.

He is a very healthy and humanitarian man; when I have been in delicate health he has been there to help me.

Sincerely,

Maria Rocio Posada

Cell: ▮▮▮▮▮▮▮▮▮▮

New York, NY

February 2, 2026

**Character Reference Letter**

To Whom It May Concern:

I am writing this letter as a personal character reference for Robert Sacco. My name is Jenny Rodriguez, and I have known Robert for approximately five years.

Throughout this time, I have had the opportunity to interact with him in personal, family, and social settings. In all these interactions, he has consistently demonstrated respect, consideration, and integrity toward others. He is a courteous and compassionate individual, always willing to offer assistance when needed.

I regard Robert as a reliable and trustworthy person, as well as a professional whose conduct consistently inspires confidence. On several occasions, I have sought his advice in matters where I knew his knowledge and judgment would be invaluable in resolving issues appropriately. For example, I was once involved in a car collision through no fault of my own. Robert informed me about a report that needed to be filed with the city, and his guidance was essential, as it was my first experience with such a situation. Thanks to his assistance, the matter was handled properly and resolved appropriately.

Based on my personal experience, I consider Robert Sacco to be a person of good moral character, honest, and trustworthy.

This letter is based on my personal knowledge and does not refer to any legal matter.

Sincerely,

*Jemy Rodriguez*

**JENNY P. RODRIGUEZ**

**Phone:** ████████

2/2, 2026

Hong Tae Joon
Notary Public, State of New York
Qualified in New York County
Reg No 01HO6103878
My Commission Expires 1/12 2028

February 7th, 2026


To Whom It May Concern,

I am writing this letter to offer a character reference for Robert Sacco, whom I knew for several years through family and regular gatherings, including game nights and casual get-togethers at my home. His wife is my cousin and during the entire time I knew him, he had consistently shown himself to be a calm, good-natured, and genuinely pleasant person to be around.

From the beginning of our friendship, Robert Sacco had always carried himself with a steady, grounded demeanor. He was the type of person who brought ease into a room never raising his voice, never creating conflict, and always willing to help others feel comfortable. His sense of humor was warm, lighthearted, and inclusive, making him someone people naturally enjoy being around. At our get togethers, I never heard anyone feel any negative impressions of him.

In all my interactions with him, I had never seen or sensed anything concerning, unsettling, or suggestive of darker intent. He had never displayed aggression, malice, instability, or any behavior that would cause me to question his character. If anything, he had consistently demonstrated patience, respect, and kindness. When he visited my home, he was courteous, considerate, and engaged in a positive way with everyone present.

Based on my personal experiences, I had only ever known Robert Sacco to be a good-hearted person with a calm disposition and a positive presence. Nothing in our years of interaction had given me any reason to believe he could be capable of malintent or harmful behavior. It has been years since we have interacted directly but it is my impression that the person I knew was a good person.

Thank you for taking the time to consider my perspective.


Sincerely,

Jessica Rodriguez

Dear Judge,

My name is Robert Ronta & I'm writing this letter as a character reference for Robert Sarro.

He's been a personal friend for 15+ years. I understand the seriousness of this situation and offer this letter with care, honesty, and respect for the court.

I am a long standing member of this community & the owner of a local security alarm company. It is from this prospective that I offer my observation regarding Roberts Character. Over all the years I've known Robert he's treated every one I've known with respect & dignity in all circumstances.

As a police officer, Robert, has shown a sincere commitment to public service. On a personal level Robert has been a reliable & trustworthy friend. The conduct alleged in this matter is entirely inconsistent with the character he has shown throughout the many years I have known him.

I respectfully ask you to consider this letter as a sincere reflection of Robert's Character,

Respectfully Submitted from          Robert Ronta

▮▮▮▮▮▮▮▮▮▮▮

1/30/26

**NEW YORK ALL-PURPOSE ACKNOWLEDGMENT**
**REAL PROPERTY LAW §309-a**

State of New York

County of _Nassau_ } ss.

On the _30th_ day of _January_ in the year _2026_ before me,
the undersigned personally appeared _Robert Randa_,
_Name of Signer_

(and _____,) personally known to me or
_Name of Additional Signer, if Any_

proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed
to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their
capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon
behalf of which the individual(s) acted, executed the instrument.

_Michael Cooke_
Signature of Notary Public
Notary Public — State of New York

Place Seal Below   OR   Complete Lines Below

MICHAEL COOKE
Notary Public - State of New York
NO. 01CO6432968
Qualified in Nassau County
My Commission Expires May 9, 2026

_____
Name of Notary

_____
Name of County in Which Originally Qualified

_____
Commission Expiration Date

_____
Name of County in Which Certificate of Official
Character Filed (if required)

─────────────── OPTIONAL ───────────────

Completing this information can deter alteration of the document or
fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**

Title or Type of Document: _Character Reference Letter_

Document Date: _January 30, 2026_    Number of Pages: _1_

Signer(s) Other Than Named Above: _____

©2020 National Notary Association

M1304-15 (11/20)

Danna Ruiz Cadavid



Mars 4 2026

To whom It may concern,

I, Danna Ruiz Cadavid, a Colombian citizen identified with national ID No. ███████ and currently residing in France, respectfully submit this letter to attest to the character and personal qualities of Mr. Robert Sacco, whom I have known for the past seven years as the husband of my cousin, Pilar Sacco.

I have had the opportunity to know Robert through family gatherings and birthday celebrations. From the beginning, I came to know him as a calm and charismatic man. He embraced both Colombian and Mexican culture with complete naturalness and respect. During family gatherings, he consistently conducted himself with courtesy and consideration toward everyone, gradually earning the affection and trust of those around him.

Robert earned his place within our family not only through his personality but also through his actions. He demonstrated acts of kindness and affection toward my aunts and my grandmother, whom he affectionately came to call "mamita." Within my cousin Pilar's family, I observed him take on the role of an older brother to her siblings, especially to the youngest, offering guidance and support.

I would also like to highlight the love, respect, support, and solidarity he has consistently shown toward his wife, a relationship that our entire family has witnessed over the years. Despite challenges they have faced — including a period of temporary medical incapacity experienced by my cousin — Robert remained steadfast in his support, demonstrating love, commitment, and teamwork throughout.

I consider it important to share these observations, which reflect my personal experience and perspective regarding the character and qualities that Robert Sacco demonstrates within a family and social environment.

Respectfully submitted,

Danna Ruiz Cadavid

Sabaneta, Antioquia (Colombia)

2 de marzo de 2026

Carta de Referencia Personal

A quien corresponda:

Por medio de la presente, yo **Rubén Darío Ruiz**, identificado con cedula de ciudadanía ▆▆▆▆▆ me permito informar que conozco desde hace aproximadamente 10 años al señor **Roberto Sacco** y de el puedo decir que es una persona integra en todos los sentidos, responsable, honesto, compresivo y cariñoso con su esposa, al igual que con sus mascotas.

En las reuniones sociales y familiares, en las cuales hemos compartido, se ha mostrado siempre como una persona calmada, muy equilibrada y respetuosa.

Igualmente lo reconozco como una persona sana, libre de vicios, muy deportista y disciplinado, el cual practica el hockey muy a menudo.

Por todo lo anteriormente expuesto doy fe de la excelente persona que es el señor **Roberto Sacco.**

Atentamente,

Rubén Darío Ruiz P.

Sabaneta, Antioquia (Colombia)

March 2, 2026

Personal Reference Letter

To Whom It May Concern:

By means of this document, I Rubén Darío Ruiz, identified by National ID number █████████, hereby certify that I have known Mr. Robert Sacco for approximately ten years. I can attest that he is a person of integrity in every respect—responsible, honest, understanding, and affectionate toward both his wife and his pets.

During the social and family gatherings we have shared, he has consistently demonstrated himself to be a calm, well-balanced, and respectful individual.

Furthermore, I recognize him as a wholesome person, free of vices, and highly athletic and disciplined in his pursuits—particularly in the sport of hockey, which he practices frequently.

Based on all of the foregoing, I vouch for the excellent character of Mr. Robert.

Sincerely,

Rubén Darío Ruiz P.

Anaïs Sacco

██████████████████

February 11th, 2026
RE: Robert Sacco

To whom it may concern,

My name is Anaïs Sacco and I am writing this letter on behalf of my brother in law, Robert Sacco.

I have known Robert for about 6 years. I met Robert in 2020, when I moved to Brooklyn New York to be with his younger brother Dominick.

Robert has been both a friend and a brother in my life as he has always been there for my husband and I. Not only was he there when his little brother and I got married, but he has always helped us. Whether it is financially, with our careers, cars, ect. He has always been a big part of our lives. Robert has also always been an example for me in my everyday life. He works hard, he is always making time for his family, he always puts people before himself.

I have personally seen him put his life on the line with the Nassau County police department to protect the community. His commitment and work ethic is truly amazing and I have always had so much respect for Robert. I have also seen his kindness, with people, family and friends. He always works hard to give back to the community by creating and being part of so many charity events.

I have no doubt in my heart that Robert will get back up, and he will have my full support. From finances, transportation and housing, I am willing and will support him in any way possible.

Respectfully,

Anais Sacco

Dominick Sacco



February 11, 2026

Dear To whom it may concern. :

I am writing this letter on behalf of my older brother, Robert John Sacco.

My older brother, Robert John, has been my hero and my best friend from the time I was born. His character and willingness to help others is second to none. Years of service, putting his life on the line in the Police Department of Nassau County as well as the countless charity events he supported and created show his character as a person and his selflessness. He is one of the two men in my life who has shown me how to be a kind and caring person. He is one of the few people in my life that I was able to lean on and know that he would guide me in the right direction.

I know in my heart that Robert John is capable of learning from difficult moments and using them to grow and better himself. He has always demonstrated the ability to reflect, adjust, and move forward in the right direction. I offer this letter as an honest reflection of his character and as a statement of my confidence in his ability to handle this situation with integrity, as he taught me how to.

Sincerely,

Dominick Sacco

March 8, 2026

Dear Honorable Judge Mae D'Agostino,

I am writing regarding Robert Sacco, who is my cousin. I have known him since childhood. Although we have lived on opposite sides of the country, we have still spent time together over the years at family gatherings and on family vacations.

In the settings where I knew him, he was kind, helpful, generous, and protective of me and my other female cousins, particularly while traveling in places where we felt vulnerable, including New York City and abroad.

The allegations in this case came as a profound shock to me and to our family. Because I have no personal knowledge of the matters before the Court, I cannot speak to the facts of the case. I also do not wish to minimize the seriousness of the allegations in any way. I can only share the character and conduct I personally observed in my interactions with him.

I recognize that my experience with Robert is limited to family settings, and I respectfully submit this letter only for that limited purpose. Thank you for considering my perspective.

Sincerely,
Jocelyn K. Smoke

March 5, 2026

Honorable Judge Mae D'Agostino

Dear Sir:

Re: Character Reference for Robert Sacco

My name is Jean Tan, the tenth of 12 siblings of Robert's late mother, Jocelyn, who passed away from breast cancer at just 35 years old. Jocelyn was the heart of our large family. She was an emergency room nurse and the first in our family to immigrate to the United States from the Philippines and through her extraordinary hard work, she supported our parents and each of us as we slowly followed her to the U.S. She even helped pay for my medical school education, and I owe much of my success as a practicing physician in Franklin, Tennessee, to her generosity and sacrifice. Losing her at such a young age and knowing she left behind two small children—broke our family's hearts.

Among my nineteen nieces and nephews, I naturally felt a deep responsibility toward Jocelyn's sons. I watched Rob grow into a responsible and admirable young man, despite losing his mother at just seven years old. He became a steady, protective presence and role model for his younger brother, who was only one when their mother passed.

Rob has always been a sweet, thoughtful, and gentlemanly boy. He never once missed wishing me a happy birthday. While we supported both brothers emotionally and financially as they grew up, they remained remarkably independent, self-sufficient, and never asked for more than what was offered. Despite financial limitations and the distance between us, Rob consistently made the effort to build and maintain strong relationships with his maternal aunts, uncles, and cousins. His commitment to family has always been unwavering.

This devastating situation Robert has been thrust into, with serious legal accusations, has shaken us to our core. It feels unreal, like a nightmare we cannot escape. I am terrified that his future could be consumed by darkness, confined to a place where I may no longer see him, hear him, or watch him become the man we know he can be.

Because this is not the Rob we know and love. The Rob we know is gentle, loyal, and kindhearted. A young man who quietly helps others, cares steadfastly for his brother, and always shows up for his family. Even if he made a serious mistake, one lapse in judgment cannot erase a lifetime of kindness, compassion, decency, warmth, and integrity. My fear for him is overwhelming, and imagining his life derailed in such a tragic way is unbearable.

I hope this letter helps you see who Robert truly is to us. Losing him to this situation would feel like losing my sister all over again—and our family cannot bear another heartbreak like that.

Thank you sincerely for your time, understanding, and compassion as we appeal for his freedom and future.


Sincerely,

Jean Tan
Maternal Aunt of Robert Sacco

Re: Character Reference for Robert Sacco


Your Honor,

I am writing this letter in support of my nephew, Robert Sacco, to offer insight into his character and the kind of man he has grown to be.

When my sister, Jocy, passed away, Robert was only seven years old. Despite experiencing such a profound loss at a young age, he grew up to be a fine and wonderful man. Family has always been at the center of his life, and he takes his role within our family seriously.

Robert is well loved by all of his cousins, many of whom truly look up to him as a positive role model. He has always made a point to stay connected, traveling to visit family members across the country and maintaining strong relationships no matter the distance. He never forgets a birthday or Christmas and consistently reaches out with a phone call, showing thoughtfulness and care that means a great deal to all of us.

In addition to being devoted to his family, Robert is a hardworking and dedicated individual. He takes pride in his work and has demonstrated reliability and commitment, which has earned him a promotion. This speaks to his strong work ethic, responsibility, and desire to better himself.

Robert also truly loves his wife, Pilar. They have been together for many years, and their relationship reflects commitment, loyalty, and mutual support. His devotion to his marriage further demonstrates the values he lives by and the importance he places on long-term responsibility and stability.

I have always known Robert to be someone who values family, responsibility, and connection. He has demonstrated loyalty, kindness, and genuine concern for others throughout his life, and I believe these qualities speak strongly to his character.

Thank you for your time and consideration.


Respectfully,

Maribel Tan

Aunt

Meliza Tan

███████████████

█████████████

03/08/2026

Honorable Judge Mae D'Agostino

Dear Judge D'Agostino,

I am writing to share my perspective on Robert Sacco, my cousin.  Over the years, I have known him to be a caring, reliable, and hardworking individual who has always stood by his family and friends through every hardship and trial.

This situation does not reflect the person I know.  Robert is a dedicated son, brother, and husband as well as grandson, nephew and cousin.  He is the type of person who is committed to making amends to any wrong doings and would try to make positive changes to anyone he felt he has wronged.

Robert is one of the most resilient people I know, between handling the death of his mother when he was only 7 years old from breast cancer to the death of our grandfather 14 years ago, he has remained positive, strong and committed to his family and community.  He was one of the biggest sources of comfort to many of the family members.

I respectfully thank the court for their consideration.

Sincerely,

Meliza Tan

Marc Velayo

██████████████████

██████████████

March 8, 2026

Re: Robert Sacco

To: The Honorable Judge Mae D'Agostino

I am Marc Velayo. I've known of Robert since childhood through family photos and Facebook (I lived in the Philippines until I moved to California in 2012). Back then, I only knew of him through stories of his hard work and his persistence with school and playing hockey, but we didn't meet face-to-face until I visited Brooklyn in 2021.

Robert is responsible, kind and reliable. During my first visit to Brooklyn in 2021, I immediately saw how caring he was to his family. He toured my mom and I around Manhattan, showing us around the city. This was memorable since it was our first time seeing the city, and we were filled with excitement and joy. He is generous, protective and made sure we were taken care of. He was always there to attend to his wife, dogs and the rest of the family. He always asked what we needed, gave us tips for exploring the city and emphasized that we could call him any time if we needed help. During that trip, I was able to visit their apartment in Astoria and he was very hospitable.

After my 2021 visit, I returned to New York in 2023. I got to spend more time with Robert and the rest of the family- from celebrating his birthday and watching a hockey game to him attending an art show I hosted. He was incredibly helpful and assisted with any support I needed for the art show. I knew I could count on him. In June 2024, Robert and his wife, Pilar visited us in San Jose. Our family spent time with them, showing them around the Bay Area. Through all these interactions, it became clear that he is truly a great family man. He is a compassionate person, who prioritizes his loved ones.

It is my sincere hope that the court takes this letter into consideration at the time of sentencing.

Sincerely,

Marc Velayo