UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-vs-

ROBERT SACCO,

Defendant.

**ORDER**

Criminal Action No. 1:26-cr-31 (MAD)

BASED ON THE JOINT STIPULATION AND THE FOLLOWING FINDINGS, IT IS HEREBY ORDERED:

1.      That the sixty (60) day period, from April 2, 2026 to and including **May 31, 2026**, shall be excludable in computing time under the Speedy Trial Act**.**  Based on the stipulated facts and findings set forth in the joint stipulation which the Court incorporates into this Order and adopts them as findings, the Court further finds, pursuant to 18 U.S.C. §3161(h)(7)(A), that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

2.      The deadline for the completion of discovery by the United States shall be completed on or before **June 5, 2026** (otherwise due within 14 days of arraignment pursuant to Local Rules of Criminal Procedure and the Criminal Pretrial Order).  The deadline for the completion of reciprocal discovery by the Defendant shall be completed on or before **June 12, 2026** (otherwise due within 21 days of arraignment pursuant to Local Rules of Criminal Procedure and the Criminal Pretrial order).

3.      Any pretrial motions in this case shall be filed on or before **June 19, 2026,** and shall be made returnable <u>on submit</u> before Judge Mae A. D'Agostino with no appearances necessary.

4.      Any change of plea shall be entered on or before **July 17, 2026.**

5.      All pretrial submissions as set forth in the criminal pretrial scheduling order (Dkt. No. 12) are due on or before **July 20, 2026.**

6.      A Final Pretrial Conference will be held **on Tuesday, July 28, 2026 at 11:00 a.m.** in Albany before Judge Mae A. D'Agostino. Counsel are directed to report to Judge D'Agostino's chambers for this conference.

7.      Jury Trial is scheduled to commence on **Monday, August 3, 2026 at 9:30 a.m.** before Judge Mae A. D'Agostino in Albany, New York.

 IT IS SO ORDERED

Dated:  April 2, 2026
        Albany, New York

_____
Mae A. D'Agostino
U.S. District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.    1:26-CR-031 (MAD) |
| | ) | |
| **v.** | ) | **STIPULATION AND ORDER** |
| | ) | **FOR CONTINUANCE** |
| **ROBERT SACCO** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

Robert C. Gottlieb, Esq., the attorney for ROBERT SACCO having moved for an additional continuance of 60 days within which the parties may complete discovery, file motions and prepare for trial in the above-captioned action and the United States of America, by and through undersigned counsel, having consented to the continuance and proposed the exclusion of the additional 60 period of continuance under the Speedy Trial Act, the parties hereby stipulate and agree as follows:

1)      The prior proceedings in this case occurred as follows:

a)      Date of initial appearance or arraignment: February 3, 2026

b)      Date of indictment: January 28, 2026

c)      Defendant custody status: January 24, 2026

i)      Date United States moved for detention: January 24, 2026

ii)      Date of detention hearing: January 24, 2026

iii)      Date detention decision issued: January 24, 2026

2)      The Court previously ordered the following exclusions under the Speedy Trial Act:

a)      Order dated February 6, 2026 excluded the period between February 6, 2026 and including April 6, 2026.

3)    ROBERT SACCO has requested the continuance based on the following facts and circumstances:

a)    On or about February 2, 2026, defendant was transferred from the Eastern District of New York to the Northern District of New York.  On February 3, 2026, defendant had his initial appearance before the Honorable Daniel J. Stewart, U.S. Magistrate Judge.  On February 4, 2026, defense counsel entered a notice of attorney appearance in the case.  *See* Dkt. 16.  On February 10, February 17, and March 25, 2026, the government provided counsel discovery.  The requested continuance will allow for the reasonable time necessary for defense counsel to continue to review discovery from the Government, as well as to confer with the government to pursue the negotiation of a disposition of the charges against the defendant and asses collateral consequences

4)    The parties stipulate and agree that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial because it allows for the reasonable time necessary for defense counsel to continue to review the discovery that has been produced by the government and confer with the government to pursue the negotiation of a disposition of the charges against the defendant, and research and assess collateral consequences, taking into account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

The undersigned attorneys affirm under penalty of perjury the accuracy of the facts set forth above and apply for and consent to the proposed order set forth below.

Dated: March 30, 2026

TODD BLANCHE
Deputy Attorney General

JOHN A. SARCONE III
First Assistant United States Attorney

By:   */s/ Allen J. Vickey*
AUSA Name
Assistant United States Attorney
Bar Roll No. 513696


*/s/ Robert C. Gottlieb*
Robert C. Gottlieb, Esq.
Attorney for ROBERT SACCO
Bar Roll No. 105698

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.    1:26-CR-031 (MAD) |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ROBERT SACCO** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

ORDER

A.      The Court incorporates into this Order the stipulated facts set forth above and hereby adopts them as findings.

1.      The Court has considered its obligation under 18 U.S.C. § 3161(h)(7)(A) to determine whether a continuance serves the ends of justice in a manner that outweighs both the public interest and the defendant's rights.   The Court finds that pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial because this delay is necessary in order to allow the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

BASED ON THE STIPULATED FACTS AND THE COURT'S RELATED FINDINGS IT IS HEREBY ORDERED:

A.      A period of 60 days, from the date of the signing of this Order shall be excludable in computing time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv) in order to give the parties the reasonable time necessary for effective preparation.

B.      The deadline for the completion of reciprocal discovery by the Defendant (otherwise due within 21 days of arraignment pursuant to the terms of the Local Rules of Criminal Procedure and the Criminal Pretrial Order) will be extended by _____ days to _____.

C.      Any pretrial motions in this case shall be filed on or before _____ and shall be made returnable on _____.

D.      The trial in this matter shall begin on _____ before United States District Judge Mae A. D'Agostino in Albany, New York or, in the alternative, a change of plea shall be entered on or before _____.

IT IS SO ORDERED.

Dated and entered this _____ day of April, 2026.

_____
Hon. Mae A. D'Agostino
United States District Judge