

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

---

*445 Broadway, Room 218*          *Tel.: (518) 431-0247*
*James T. Foley U.S. Courthouse*  *Fax: (518) 431-0249*
*Albany, New York 12207-2924*

April 9, 2026

**<u>Via ECF</u>**
Honorable Daniel J. Stewart
U.S. Magistrate Judge
Northern District of New York
Albany, NY 12207

       Re: *United States v. Robert Sacco,*
          Case No. 1:26-cr-031 (MAD)(DJS)

Your Honor:

   Per the Court's April 7, 2026 Text Order, a hearing, if necessary, on defendant's motion for a renewed detention hearing is scheduled for April 25, 2026 at 2:00 p.m.   However, I am scheduled to be on annual leave that day and respectfully request that the hearing be reset for the following week.   I have spoken with defense counsel and they have no objection  to my request. They have proposed a hearing date of April 28, 2026 at 2:00 p.m.   That date works for the government.

          Respectfully,

          TODD BLANCHE
          Acting Attorney General

          JOHN A. SARCONE III
          First Assistant United States Attorney

    By:  /s/ *Allen J. Vickey*
        Allen J. Vickey
        Assistant United States Attorney
        Bar Roll No. 513696

Letter to the Honorable Daniel J. Stewart
*United States v. Robert Sacco*
Case No. 1:26-cr-031 (MAD) (DJS)
April 9, 2026
Page 2


Cc:

      Robert Gottlieb and Kaylee S. Kreitenberg (attorneys for defendant), *via ECF*