

**Gottlieb Townsend**

Trinity Building
111 Broadway, Suite 701
New York, NY 10006

644 S. Figueroa St., Suite 200
Los Angeles, CA 90017
Tel: 212-566-7766  www.gottliebtownsend.com

Robert C. Gottlieb

Paul R. Townsend
*Admitted in NY & NJ

Kaylee S. Kreitenberg
*Admitted in NY & CA

April 17, 2026

**VIA ECF**
Honorable Judge Daniel J. Stewart
United States Magistrate Judge
Northen District of New York
James T. Foley U.S. Courthouse
445 Broadway - 4th Floor
Albany, NY 12207

    Re:    *USA v. Robert Sacco*, **1:26-cr-00031-MAD**

Dear Judge Stewart:

    This law firm represents the defendant Robert Sacco in the above-captioned matter.   The Court previously has indicated that a detention hearing will take place, if necessary.   *See* Dkt. 23. If Your Honor decides that a detention hearing is necessary, the defense requests permission to call as a witness forensic psychiatrist Eric Goldsmith, M.D., pursuant to 18 U.S.C. § 3142(f).   Dr. Goldsmith has evaluated Mr. Sacco and provided his preliminary report that was attached as an exhibit to the defense motion for bail.   *See* Dkt. 20, Exhibit B.   If granted permission to call Dr. Goldsmith to testify on the next court date, April 28, 2026, he has requested advance notice of the date of the hearing as soon as possible so that he can arrange his schedule to appear in court.   We thank the Court for its consideration.

                    Respectfully submitted,

                    GOTTLIEB TOWNSEND

                    /s/ Robert Gottlieb_____
                    Robert C. Gottlieb