

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

| | |
|---|---|
| *445 Broadway, Room 218* | *Tel.: (518) 431-0247* |
| *James T. Foley U.S. Courthouse* | *Fax: (518) 431-0249* |
| *Albany, New York 12207-2924* | |

June 5, 2026

**<u>Via ECF</u>**
Honorable Mae A. D'Agostino
U.S. District Judge -Northern District of New York

                              Re:    *United States v. Robert Sacco,*
                                     Case No. 1:26-cr-031 (MAD)

Your Honor:

      I write to respectfully request a 7-day extension for the government to file its response—which is currently due June 15, 2026—to defendant's appeal of the magistrate judge's detention Order.  *See* Dkt. 38.  The government requests the extension for the following reasons: 1) the undersigned is currently preparing a response to a motion in another case, *United States v. Leshawn Thomas*, 24-cr-470 (BKS) (due June 9 with one week extension request filed today); 2) the undersigned was on leave when the May 29 appeal was filed and did to return to the office until June 1; and 3) since returning from leave, the undersigned has been caring for a sick relative off and on during the past week.

      Defense counsel has no opposition to the government's request.  This is the government's first request for an extension of time to file a response.

                              Respectfully,

                              TODD BLANCHE
                              Acting Attorney General

                              JOHN A. SARCONE III
                              Acting United States Attorney

               By:    /s/ *Allen J. Vickey*
                              Allen J. Vickey
                              Assistant United States Attorney
                              Bar Roll No. 513696

Cc:  Robert Gottlieb and Kaylee Kreitenberg, *defense counsel via ECF*